IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID DE SOUZA,
PLAINTIFF,                              :    CIVIL ACTION
                                        :
        v.                              :
                                        :
EUGENE POLKALSKI, et al,                :
DEFENDANTS                              :    NO. 02-4449

**O R D E R**

AND NOW, this   day of October, 2002, the Plaintiff having failed to pay the appropriate filing fee to bring this action, it is hereby ORDERED that this matter will be closed unless the Plaintiff either, pays the filing fee of one-hundred and fifty (150)dollars or files a motion to proceed <u>in forma pauperis</u> within ten (10) days.

AND IT IS SO ORDERED

_____

Clarence C. Newcomer, S.J.