**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID DE SOUZA,
PLAINTIFF,                        :    CIVIL ACTION
                                  :
        v.                        :
                                  :
EUGENE POLKALSKI, et al,          :
DEFENDANTS                        :    NO. 02-4449

## O R D E R

AND NOW, this    day of December, 2002, the Plaintiff having failed to pay the appropriate filing fee as required by this Court's Order Dated October 31, 2002, it is hereby ORDERED that this matter is CLOSED.

AND IT IS SO ORDERED

_____
Clarence C. Newcomer, S.J.